**RELATED DDJ**

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT

**NO CV30**

for the

Central District of California

_____ Division

| | |
|---|---|
| ALEX ALFONSO SALAVERRIA | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

Case No. **8:24-CV-00380-JWH-MRW**

*(to be filled in by the Clerk's Office)*

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**-v-**

HYDEE FELDSTEIN SOTO
LOS ANGELES CITY ATTORNEY
[INDIVIDUAL BASIS]

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Jury Trial: *(check one)* ☑ Yes ☐ No

**FILED**
CLERK, U.S. DISTRICT COURT

**2/22/24**

CENTRAL DISTRICT OF CALIFORNIA
BY: ___ **eee** ___ DEPUTY

## COMPLAINT FOR A CIVIL CASE

**I.    The Parties to This Complaint**

   **A.    The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | ALEX ALFONSO SALAVERRIA |
| Street Address | 20652 LAGUNA CANYON ROAD |
| City and County | LAGUNA BEACH COUNTY OF ORANGE |
| State and Zip Code | CALIFORNIA 92651 |
| Telephone Number | N/A PER GOVERNMENT INTERFERENCE |
| E-mail Address | salaverria.vrs.california@proton.me |

   **B.    The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1

Name
HYDEE FELDSTEIN SOTO [INDIVIDUAL BASIS]

Job or Title *(if known)*
LOS ANGELES CITY ATTORNEY

Street Address
200 NORTH MAIN STREET

City and County
LOS ANGELES COUNTY OF LOSANGELES

State and Zip Code
CALIFORNIA 90012

Telephone Number
213.978.8100

E-mail Address *(if known)*
hydee.feldsteinsoto@lacity.org

Defendant No. 2

Name

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

Defendant No. 3

Name

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

Defendant No. 4

Name

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question          ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

CONSTITUTIONAL TORTS CLAIM 42 U.S.C. SECTION 1983 with DELIBERATE INTENT COMBINATION BIVENS ACTION 403 US 388 (1971)
MULTIPLE VIOLATION(S) TITLE II AMERICAN DISABILITIES ACT with DELIBERATE INTENT to HARM A DISABLED LONG TERM AIDS SURVIVOR, ACCOMPLICE LIABILITY TO PUBLIC DEFENDER, DISTRICT ATTORNEY GEORGE GASCON, LAPD, LASD [NORWALK]

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

    a.    If the plaintiff is an individual

        The plaintiff, *(name)*   ALEX ALFONSO SALAVERRIA          , is a citizen of the

        State of *(name)*   CALIFORNIA          .

    b.    If the plaintiff is a corporation

        The plaintiff, *(name)*                              , is incorporated

        under the laws of the State of *(name)*                              ,

        and has its principal place of business in the State of *(name)*

                                       .

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

    a.    If the defendant is an individual

        The defendant, *(name)*   HYDEE FELDSTEIN SOTO          , is a citizen of

        the State of *(name)*   CALIFORNIA          . Or is a citizen of

        *(foreign nation)*                          .

b.    If the defendant is a corporation

The defendant,  *(name)* _____ , is incorporated under

the laws of the State of *(name)* _____ , and has its

principal place of business in the State of *(name)* _____ .

Or is incorporated under the laws of *(foreign nation)* _____ ,

and has its principal place of business in *(name)* _____ .

*(If more than one defendant is named in the complaint, attach an additional page providing the
same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at
stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

$200,000,000.00 USD
[10% 26,000= 2,600 x 2 = 5200 x 105 days x 2 ASSAULTS x 2 fractures x 5 corporal injuries x
25 HOSPITAL VISIT(S) x $ 125,000.00 USD MEDICAL BILLS (APROX)
Therefore a discount has been given to cover for such disdain for Human life all to cover for the
corruption of politically motivated circumstances by people that are placed in positions of trust
to enforce their "oath" of allegiance to protect the US CONSTITUTION.

## III.    Statement of Claim

Write a short and plain statement of the claim.  Do not make legal arguments.  State as briefly as possible the
facts showing that each plaintiff is entitled to the damages or other relief sought.  State how each defendant was
involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including
the dates and places of that involvement or conduct.  If more than one claim is asserted, number each claim and
write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

HYDEE FELDSTEIN SOTO failed to respond to the letter copied to CITY HALL and Kathy Finan upon the
completion of BRIEF CASE No. 5CIR 22-30804.  Because the "ORIGINAL BRIEF" was ILLEGALLY obtained and
STOLEN by the LOS ANGELES POLICE DEPARTMENT [NORTH HOLLYWOOD] at the detainment of
PLAINTIFF ALEX ALFONSO SALAVERRIA ON MARCH 7, 2022 near UNIVERSAL CITY.  This after being
followed and harassed for over 15 consecutive hours by FEDERAL AGENTS operating OUTSIDE LEGAL
JURISDICTION.  It is now confirmed CALIFORNIA STATE EMPLOYEES have conspired to this so PLAINTIFF
would not be able to respond to MULTIPLE FEDERAL COMPLAINTS at the time in violation to SUBSTANTIVE
DUE PROCESS, the BILL OF RIGHTS, and US CONSTITUTION.

## IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal
arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include
the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any
punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or
punitive money damages.

This is no longer about money, but how the City of Los Angeles has been silent for criminal behavior to cover for
the corruption of "CITY EMPLOYEES" for TOTAL AMOUNT PAID FOR BONDS per ILLEGAL PROSECUTION,
multiplied by TOTAL AMOUNT OF DAYS ILLEGALLY DETAINED AT LOS ANGELES COUNTY JAIL, multiplied
by VIOLATION(S) to TITLE II ADA, STATE, FEDERAL, and CONSTITUTIONAL VIOLATION(S), multiplied by
ASSAULT & BATTERY sustained while ILLEGALLY DETAINED at LOS ANGLES COUNTY JAIL, multiplied by
TOTAL AMOUNT EXPENDITURES OF HOSPITAL VISITS after being released.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

This is a moral lesson when COURTS and CITY EMPLOYEES become a criminal enterprise.
Therefore, ALL FUNDS hereby obtained will be destined for multiple CHARITIES around the world.  These may include but not LIMITED to: AIDS RESEARCH, FIGHT for HUNGER and HOMELESSNESS, and the creation of the "EL SALVADOR DEL MUNDO TRUST FOR WORLD CHARITIES".

---

## V.     Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.     For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:     February 21, 2024

Signature of Plaintiff

Printed Name of Plaintiff     ALEX ALFONSO SALAVERRIA

### B.     For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address

**FEDERAL COMPLAINT        HYDEE FELDSTEIN SOTO        [INDIVIDUAL BASIS]**

# <u>BACKGROUND</u>

<u>What amount of RELIEF can one expect when 39 premeditated attempts have been made with premeditated intent against a DISABLED LONG TERM AIDS SURVIVOR?</u>

<u>Can anyone fathom the evil that encapsulates the criminal behavior to harm and murder someone who has already suffered to regain his health upon once facing death with terminal symptoms of AIDS and the skin cancer Kaposi Sarcoma?</u>

And when all those involved don't care because they are being paid to do these actions with tax payer money that should be used rather for "social investments" that improve the numerous problems that exist in the world of today.  This is the sad reality when those in power don't care because they play and spend "monies" that don't belong to them, but use it to manipulate and secure criminal actions and behavior so they can keep themselves atop, thus become a criminal enterprise close to a "Tyranny" or "Dictatorship".  This in itself does not make any sense as they say in *hypocrisy:* it is all to protect the FREEDOM of a REPUBLIC that was founded upon the principles of a LIMITED GOVERNMENT by CONSTITUTION and SOVEREIGN DEMOCRACY.

When the CITY ATTORNEY is in fact responsible to oversee that all Attorneys that work in unison to protect those principles that define the right to FREEDOMS concerning religion, expression, and the right to petition as protections vested in the FIRST AMENDMENT of the US CONSTITUTION.  Furthermore to the right of PRIVACY as vested in the FOURTH AMENDMENT, added with the guarantee that no one will be deprived of life, liberty, or property as mentioned in the FIFTH and FOURTEENTH AMENDMENTS respectively without the due process of the RULE OF LAW.

While no one cared what happened to PLAINTIFF ALEX ALFONSO SALAVERRIA, he was seen as a disposable foe, similar to a piece of nothing that could have been eliminated and have everything STOLEN the PLAINTIFF owned like if he never existed in real time.  This is exactly how I felt as I saw numerous vehicles and individuals through numerous STATES while being persecuted and given sophisticated microwave frequencies that affected me, but at the end of the day survived all due to the protections of a higher power.  That the pain I felt was so intense, that no one can fathom, or possibly understand unless they experience it in their own skin.  That no tears can be shed because instead of being scared, this became the opportunity to risk everything, think outside the box, and prove that only those that have suffered enough, are the ones that can call themselves "spiritual" without having to prove nothing to anyone.

My life is what you can call a movie in the making.  What this has taught me is that I don't require a big mansion, even no luxury, but as long as I find a safe place where to sleep this can be anywhere: mountains, cities, beaches, churches, vehicles, airplanes…you name it…at the end of each day before we go to sleep the last thing we have is the process of a thought in our minds.  The rest is plain geography.  And my grandfather told me at a very early age "Son always remember to depend on yourself, be generous and kind, because when we die we go on our own, and whether people talk good or bad about you that means that you have impacted in such a way you will always be remembered".

**FEDERAL COMPLAINT          HYDEE FELDSTEIN SOTO          [INDIVIDUAL BASIS]**

When I first came to CALIFORNIA, it was to the once beautiful San Francisco, at the top of the rock in Nob Hill: 1333 Jones Street to be exact.  For those who know, that is where you have a 360 degree view of the Bay Area incomparable to anywhere in the world.  This is how I will always remember CALIFORNIA, not the way I recently experienced it where everything has no value, and people care for nothing other than themselves and what they can obtain with no true meaning.  I have pretty much done it all, travelled the world, partied with Rock Stars, and have survived the world's deadliest virus.  That is my life.

What comes next?  The fight continues, I cast all my fears aside and speak within my right what really happened to me, of which I have all the right in the world without anyone trying to hide facts, while "others" steal others belongings and pretend they are the forces of good.  Good Karma I call it.  As I have experienced money comes and goes, it can buy you things that gives you satisfaction for little time, but what do you do or where do you run when everything is gone?  Continue the journey, you'll find your way in time.  Once you gain this WISDOM, everything else becomes secondary even if standing on your own.

As crazy as the amount $200,000,000.00 looks, its just a plain number that came to me as I write this.  I learned that I don't require the latest phone as the iPhone 15, but an old style flip phone suffices as I really don't have anyone to call or to call me.  My relationship is with GOD and no one else, and it is in his name "EL SALVADOR DEL MUNDO" that has given me the vision to complete my purpose because no money in the world has any value when everything is in mortal peril.  And because the fact that attempting against me, it was him who protected me from such evil.  But if you multiply the facts of the numerous violations that exist, it comes to an amount much larger than life itself…*[10% 26,000= 2,600 x 2 = 5200 x 105 days x 2 ASSAULTS x 2 fractures x 5*

*corporal injuries x 25 HOSPITAL VISIT(S) x $ 125,000.00 USD MEDICAL BILLS (APROX)]* something the calculator gave is close to infinite.  And the number is small for those that have done wrong that must pay their debts to society.  Thats exactly how I see it.  So my next step is to create the "EL SALVADOR DEL MUNDO TRUST FOR WORLD CHARITIES" and do what I have always wanted to do which is to help people that want to be helped.  Go to places where people are thankful for just being alive.  Where a society may create a future that everyone looks upon without suffering or worrying what they will eat next morning and they can assure they wake up glancing at the sun with a smile.

Four long years, of CONSPIRACIES, losing everything, left homeless, while "others" were enjoying what belongs to me.  Diverting emails, using employees as pawns to think they were doing right, who cares, I always knew what was happening, I really don't care.  The fact is that I do care only only for those that made me smile in times of great moral crisis.  I now know everything, and it came in my dreams.  As I speak today thank you spiritual guides that gave me the vision to do what was necessary to survive, against all odds, thank you Santa Maria, Mamina (for those who know), and thank you Marie (your voice will eternally live in the depths of my heart).  The music that gave me inspiration when my heart was broken.

**FEDERAL COMPLAINT        HYDEE FELDSTEIN SOTO        [INDIVIDUAL BASIS]**

Thirty Nine (39) premeditated attempts, endless hospital visits, many broken bones, lesions, heart aches, I rise to the final stages to expose the truth, and may all my family members wherever they may be that have passed on to the next phase of our evolution protect me with all the army of Angels of the Good Forces of the Lord.  The rest comes in time whether in this world or the next, everything that was taken away will come back, and much more.

<u>**Universal Declaration of Human Rights**</u>

**Preamble**
**Whereas recognition of the inherent dignity and of the equal and inalienable rights of all members of the human family is the foundation of freedom, justice and peace in the world,**
**Whereas disregard and contempt for human rights have resulted in barbarous acts which have outraged the conscience of mankind, and the advent of a world in which human beings shall enjoy freedom of speech and belief and freedom from fear and want has been proclaimed as the highest aspiration of the common people,**
**Whereas it is essential, if man is not to be compelled to have recourse, as a last resort, to rebellion against tyranny and oppression, that human rights should be protected by the rule of law,**
**Whereas it is essential to promote the development of friendly relations between nations,**
**Whereas the peoples of the United Nations have in the Charter reaffirmed their faith in fundamental human rights, in the dignity and worth of the human person and in the equal rights of men and women and have determined to promote social progress and better standards of life in larger freedom,**
**Whereas Member States have pledged themselves to achieve, in cooperation with the United Nations, the promotion of universal respect for and observance of human rights and fundamental freedoms,**
**Whereas a common understanding of these rights and freedoms is of the greatest importance for the full realization of this pledge,**
**Now, therefore,**
**The General Assembly,**
**Proclaims this Universal Declaration of Human Rights as a common standard of achievement for all peoples and all nations, to the end that every individual and every organ of society, keeping this Declaration constantly in mind, shall strive by teaching and education to promote respect for these rights and freedoms and by progressive measures, national and international, to secure their universal and effective recognition and observance, both among the peoples of Member States themselves and among the peoples of territories under their jurisdiction.**
<u>**Article I**</u>
**All human beings are born free and equal in dignity and rights. They are endowed with reason and conscience and should act towards one another in a spirit of brotherhood.**

**FEDERAL COMPLAINT        HYDEE FELDSTEIN SOTO        [INDIVIDUAL BASIS]**

Article 2
Everyone is entitled to all the rights and freedoms set forth in this Declaration,
without distinction of any kind, such as race, color, sex, language, religion,
political or other opinion, national or social origin, property, birth or other status.
Furthermore, no distinction shall be made on the basis of the political,
jurisdictional or international status of the country or territory to which a person
belongs, whether it be independent, trust, non-self-governing or under any other
limitation of sovereignty.
Article 3
Everyone has the right to life, liberty and the security of person.
Article 4
No one shall be held in slavery or servitude; slavery and the slave trade shall be
prohibited in all their forms.
Article 5
No one shall be subjected to torture or to cruel, inhuman or degrading treatment
or punishment.
Article 6
Everyone has the right to recognition everywhere as a person before the law.
Article 7
All are equal before the law and are entitled without any discrimination to equal
protection of the law. All are entitled to equal protection against any
discrimination in violation of this Declaration and against any incitement to such
discrimination.
Article 8
Everyone has the right to an effective remedy by the competent national tribunals
for acts violating the fundamental rights granted him by the constitution or by law.
Article 9
No one shall be subjected to arbitrary arrest, detention or exile.
Article 10
Everyone is entitled in full equality to a fair and public hearing by an independent
and impartial tribunal, in the determination of his rights and obligations and of any
criminal charge against him.
Article 11
1. Everyone charged with a penal offense has the right to be presumed
innocent until proved guilty according to law in a public trial at which he
has had all the guarantees necessary for his defense.
2. No one shall be held guilty of any penal offense on account of any act or
omission which did not constitute a penal offense, under national or
international law, at the time when it was committed. Nor shall a heavier
penalty be imposed than the one that was applicable at the time the penal
offense was committed.
Article 12
No one shall be subjected to arbitrary interference with his privacy, family, home
or correspondence, nor to attacks upon his honor and reputation. Everyone has
the right to the protection of the law against such interference or attacks.

**FEDERAL COMPLAINT        HYDEE FELDSTEIN SOTO        [INDIVIDUAL BASIS]**

<u>Article 13</u>
1. Everyone has the right to freedom of movement and residence within the
borders of each State.
2. Everyone has the right to leave any country, including his own, and to
return to his country.
<u>Article 14</u>
1. Everyone has the right to seek and to enjoy in other countries asylum from
persecution.
2. This right may not be invoked in the case of prosecutions genuinely
arising from non-political crimes or from acts contrary to the purposes and
principles of the United Nations.
<u>Article 15</u>
1. Everyone has the right to a nationality.
2. No one shall be arbitrarily deprived of his nationality nor denied the right to
change his nationality.
<u>Article 16</u>
1. Men and women of full age, without any limitation due to race, nationality
or religion, have the right to marry and to found a family. They are entitled
to equal rights as to marriage, during marriage and at its dissolution.
2. Marriage shall be entered into only with the free and full consent of the
intending spouses.
3. The family is the natural and fundamental group unit of society and is
entitled to protection by society and the State.
<u>Article 17</u>
1. Everyone has the right to own property alone as well as in association with
others.
2. No one shall be arbitrarily deprived of his property.
<u>Article 18</u>
Everyone has the right to freedom of thought, conscience and religion; this right
includes freedom to change his religion or belief, and freedom, either alone or in
community with others and in public or private, to manifest his religion or belief in
teaching, practice, worship and observance.
<u>Article 19</u>
Everyone has the right to freedom of opinion and expression; this right includes
freedom to hold opinions without interference and to seek, receive and impart
information and ideas through any media and regardless of frontiers.
<u>Article 20</u>
1. Everyone has the right to freedom of peaceful assembly and association.
2. No one may be compelled to belong to an association.
<u>Article 21</u>
1. Everyone has the right to take part in the government of his country,
directly or through freely chosen representatives.
2. Everyone has the right to equal access to public service in his country.
3. The will of the people shall be the basis of the authority of government;
this will shall be expressed in periodic and genuine elections which shall
be by universal and equal suffrage and shall be held by secret vote or by
equivalent free voting procedures.

**FEDERAL COMPLAINT**          **HYDEE FELDSTEIN SOTO**          **[INDIVIDUAL BASIS]**

Article 22

Everyone, as a member of society, has the right to social security and is entitled to realization, through national effort and international co-operation and in accordance with the organization and resources of each State, of the economic, social and cultural rights indispensable for his dignity and the free development of his personality.

Article 23

1. Everyone has the right to work, to free choice of employment, to just and favorable conditions of work and to protection against unemployment.
2. Everyone, without any discrimination, has the right to equal pay for equal work.
3. Everyone who works has the right to just and favorable remuneration ensuring for himself and his family an existence worthy of human dignity, and supplemented, if necessary, by other means of social protection.
4. Everyone has the right to form and to join trade unions for the protection of his interests.

Article 24

Everyone has the right to rest and leisure, including reasonable limitation of working hours and periodic holidays with pay.

Article 25

1. Everyone has the right to a standard of living adequate for the health and well-being of himself and of his family, including food, clothing, housing and medical care and necessary social services, and the right to security in the event of unemployment, sickness, disability, widowhood, old age or other lack of livelihood in circumstances beyond his control.
2. Motherhood and childhood are entitled to special care and assistance. All children, whether born in or out of wedlock, shall enjoy the same social protection.

Article 26

1. Everyone has the right to education. Education shall be free, at least in the elementary and fundamental stages. Elementary education shall be compulsory. Technical and professional education shall be made generally available and higher education shall be equally accessible to all on the basis of merit.
2. Education shall be directed to the full development of the human personality and to the strengthening of respect for human rights and fundamental freedoms. It shall promote understanding, tolerance and friendship among all nations, racial or religious groups, and shall further the activities of the United Nations for the maintenance of peace.
3. Parents have a prior right to choose the kind of education that shall be given to their children.

Article 27

1. Everyone has the right freely to participate in the cultural life of the community, to enjoy the arts and to share in scientific advancement and its benefits.
2. Everyone has the right to the protection of the moral and material interests resulting from any scientific, literary or artistic production of which he is the author.

**FEDERAL COMPLAINT**        **HYDEE FELDSTEIN SOTO**        **[INDIVIDUAL BASIS]**

Article 28
Everyone is entitled to a social and international order in which the rights and
freedoms set forth in this Declaration can be fully realized.
Article 29
1. Everyone has duties to the community in which alone the free and full
development of his personality is possible.
2. In the exercise of his rights and freedoms, everyone shall be subject only
to such limitations as are determined by law solely for the purpose of
securing due recognition and respect for the rights and freedoms of others
and of meeting the just requirements of morality, public order and the
general welfare in a democratic society.
3. These rights and freedoms may in no case be exercised contrary to the
purposes and principles of the United Nations.
Article 30
Nothing in this Declaration may be interpreted as implying for any State, group or
person any right to engage in any activity or to perform any act aimed at the
destruction of any of the rights and freedoms set forth herein.

I hereby close all arguments and set forth the rights established to all human beings in
this Declaration of the United Nations that all countries must abide.

**ALEX ALFONSO SALAVERRIA**
**PRO PER SE**

**FOR THE RECORD: [SALAVERRIA vs. CALIFORNIA STATE ET. AL**
**CASE No. 3:24-cv-00011-L-BT [TXND-DALLAS DIVISION]**

# [SALAVERRIA vs. UNITED STATES OF AMERICA ET. AL- MIAMI DIVISION SOUTHERN DISTRICT OF FLORIDA] Re: State Bar Complaints: 23-O-23830 and 23-O-23831

| | |
|---|---|
| From | salaverria.vrs.usa.flsd.miami@proton.me <salaverria.vrs.usa.flsd.miami@proton.me> |
| To | sansalvadorprotocol@state.gov, |
| | FLSD After Hours Emergency<afterhours_emergency@flsd.uscourts.gov> |
| CC | milena.mayorga@rree.gob.sv, kathy.finan@lacity.org, cru@calbar.ca.gov |
| BCC | |
| Date | Saturday, February 17th, 2024 at 5:09 PM |

**FOR THE RECORD:**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA [MIAMI DIVISION]**

---

**ALEX ALFONSO SALAVERRIA**
    **[PLAINTIFF]**

      **VS.**                  **CASE No. 24-cv-20572**

**UNITED STATES OF AMERICA ET. AL**
    **[DEFENDANT(S)]**

---

**NOTE: Because no issuance of an IMMEDIATE PROTECTIVE ORDER has been granted as of today's date, and continued GOVERNMENT INTERFERENCE in**
the City of Los Angeles, CA; I hereby submit this email as an **EMERGENCY AFTER HOURS FILING** due to Monday being a holiday in the United States.

---

**ATTENTION:**

**WILLIAM DUNCAN**
**AMBASSADOR UNITED STATES OF AMERICA**
**EMBASSY OF THE UNITED STATES OF AMERICA**

SAN SALVADOR, EL SALVADOR

CC. enclosure
"MISS UNIVERSE TOP TEN FINALIST CIRCA 1997"
MILENA MAYORGA

Mr. Duncan:

While your country can come about and say all words remorse for the sudden death of Alexei Navalni in Russia, you should closely remind President Joe Biden NOT to be a hypocrite when the State of California through the action of the CORRUPT INCOMPETENT GOVERNOR has violated serious HUMAN RIGHTS and attempted 39 times against a LONG TERM AIDS SURVIVOR protected supposedly by TITLE II OF THE AMERICAN DISABILITIES ACT.

<u>FURTHERMORE BECAUSE THIS IS NOT "NEW NEWS" YOU CAN ADD YOURSELF AS A DEFENDANT(S) TOGETHER WITH FORMER AMBASSADOR JEAN MANES IN THE FEDERAL COMPLAINT AGAINST THE UNITED STATES OF AMERICA IN MIAMI, STATE OF FLORIDA.  BECAUSE THE CENTRAL OFFICE FOR DIPLOMATS OF THE UNITED STATES TO LATIN AMERICA IS IN FACT IN THE CITY OF MIAMI, LET THIS BE LIKE A HOME COMING CELEBRATION ON THE NEXT "JOYRIDE".</u>

All the best,

ALEX ALFONSO SALAVERRIA
PRO PER SE
CASE No. 24-cv-20572
[SALAVERRIA vs. UNITED STATES OF AMERICA] FLSD-MIAMI DIVISION


Sent with Proton Mail secure email.

------- Forwarded Message -------
From: Alex Alfonso Salaverria <salaverria.vrs.california.3@proton.me>
Date: On Saturday, February 17th, 2024 at 2:46 PM
Subject: Re: State Bar Complaints: 23-O-23830 and 23-O-23831
To: CRU <cru@calbar.ca.gov>
CC: Harvey, Mark <Mark.Harvey@calbar.ca.gov>, hmckee@pubdef.lacounty.gov <hmckee@pubdef.lacounty.gov>, htakasugi@pubdef.lacounty.gov <htakasugi@pubdef.lacounty.gov>, kathy.finan@lacity.org <kathy.finan@lacity.org>, salaverria.vrs.california.txnd.dallas@proton.me <salaverria.vrs.california.txnd.dallas@proton.me>, salaverria.vrs.usa.flsd.miami@proton.me

<salaverria.vrs.usa.flsd.miami@proton.me>

Oh I forgot you can add **SIN CITY "AKA" LAS VEGAS** to the **FEDERAL DISTRICT COURTS US TOUR
2024**...just because *"We're all magic friends..."*

**ALEX ALFONSO SALAVERRIA**
**PRO PER SE**
Sent with Proton Mail secure email.

------- Forwarded Message -------
From: Alex Alfonso Salaverria <salaverria.vrs.california.3@proton.me>
Date: On Saturday, February 17th, 2024 at 12:12 PM
Subject: Re: State Bar Complaints: 23-O-23830 and 23-O-23831
To: CRU <cru@calbar.ca.gov>
CC: Harvey, Mark <Mark.Harvey@calbar.ca.gov>, hmckee@pubdef.lacounty.gov
<hmckee@pubdef.lacounty.gov>, hmmckee@pubdef.lacounty.gov <hmmckee@pubdef.lacounty.gov>,
kathy.finan@lacity.org <kathy.finan@lacity.org>

I hereby inform these **COMPLAINT(S)** are now part of **FOUR FEDERAL COMPLAINT(S) in "DUE
PROCESS OF THE RULE OF LAW"** as described in the **FIFTH** and **FOURTEENTH AMENDMENT(S)/
BILL OF RIGHTS** that **NO ONE** shall be deprived of **LIFE, LIBERTY**, and **PROPERTY** without the due
process of law respectively.

In addition I will once again remind everyone **NO ONE** is immune from prosecution when violating **TITLE II**
of the **AMERICAN DISABILITIES ACT "ADA"** and this includes the **UNITED STATES DEPARTMENT OF
JUSTICE [ALL INCLUSIVE].  Furthermore, you may remind the VICE PRESIDENT KAMALA D.
HARRIS, she has already violated CONSTITUTIONAL LAW in over 600 [PLUS] drug related cases
while serving as District Attorney of San Francisco, she should have been disbarred including her
apprentice GEORGE GASCON at the time.  *And to end this with a CRASH!BOOM!BANG!, ask the
"VICE PRESIDENT" who she failed to prosecute with the charges of "RAPE" in San Francisco
during the early 2000's?*

Best of luck,

**ALEX ALFONSO SALAVERRIA**
**PRO PER SE**

NOTE: Since a LEGAL EVICTION never was enacted at 14357 LANNING DRIVE WHITTIER, CA 90604
the returned mail suffices as evidence where the RULE OF LAW was broken.  Furthermore, this
suffices that under TITLE II of the AMERICAN DISABILITIES ACT "ADA", CALIFORNIA STATE, and

**FEDERAL protections, anybody with a IMMUNO COMPROMISED CONDITION and DISABLED
PERSON like myself was in fact protected from EVICTION during the COVID 19 ongoing pandemic.
Just further shows the complete level of ignorance of "Third Rate" Attorneys working for the
COUNTY OF LOS ANGELES, CALIFORNIA STATE DEPARTMENT OF JUSTICE.**

**CC. enclosure
AMERICAN BAR ASSOCIATION [CHICAGO, IL]**

Sent with Proton Mail secure email.

------- Forwarded Message -------
From: Alex Alfonso Salaverria <salaverria.vrs.california.3@proton.me>
Date: On Saturday, February 17th, 2024 at 11:49 AM
Subject: Re: State Bar Complaints: 23-O-23830 and 23-O-23831
To: Harvey, Mark <Mark.Harvey@calbar.ca.gov>
CC: salaverria.vrs.usa.flsd.miami@proton.me <salaverria.vrs.usa.flsd.miami@proton.me>,
salaverria.vrs.california.txnd.dallas@proton.me <salaverria.vrs.california.txnd.dallas@proton.me>,
htakasugi@pubdef.lacounty.gov <htakasugi@pubdef.lacounty.gov>, hmckee@pubdef.lacounty.gov
<hmckee@pubdef.lacounty.gov>

**Mr. Harvey,**

Moving forward I include the **CALIFORNIA BAR [YOU INCLUDED]** to the **FEDERAL COMPLAINT**
against **CALIFORNIA STATE ET. AL** in the **NORTHERN DISTRICT OF TEXAS [DALLAS DIVISION]**,
and add **CRISTINA PINEDA** and **DANA PLUMMER** to individual **FEDERAL COMPLAINTS** in the
**NORTHERN DISTRICT OF CALIFORNIA [EUREKA DIVISION]**.  Because of the failure to acknowledge
the mistakes committed against a <u>**DISABLED LONG TERM AIDS SURVIVOR**</u> protected under **TITLE II
of the AMERICAN DISABILITIES ACT "ADA".  Furthermore I will remind you no one is IMMUNE
from prosecution when violating TITLE II of the AMERICAN DISABILITIES ACT and this includes
the UNITED STATES DEPARTMENT OF JUSTICE [ALL INCLUSIVE] no matter what the outcome
is, if there is a direct attempt made against a "DISABLED PERSON" thus deprived from life,
liberty, and property in violation to "SUBSTANTIVE DUE PROCESS" which is the principle in the
FIFTH and FOURTEENTH AMENDMENTS of the US CONSTITUTION that no one shall be deprived
of the above mentioned without the due process of the RULE OF LAW.  It just surprises me the
level of ignorance, not to mention how numerous "so called" third rate attorneys ever passed the
Bar Exam.**

**And to end this conversation, you shall be as well included in the FEDERAL COMPLAINT
enacted in the SOUTHERN DISTRICT OF FLORIDA [MIAMI DIVISION] SALAVERRIA vs. UNITED
STATES OF AMERICA ET. AL [COUNTER LAW SUIT 21-cv-01759/ 2CIR 22-1190 SDNY] where**

**"SUBSTANTIVE DUE PROCESS was not only violated, but 39 plus premeditated attempts have in FACT happened against a DISABLED LONG TERM AIDS SURVIVOR.  These attorneys will be called to testify in all FEDERAL COMPLAINTS and they can further explain themselves to a FEDERAL JUDGE and JURY.  Best of luck in trying to hide the facts of what happened all to cover up for CORRUPT DEMOCRATS of [CALIFORNIA STATE ET. AL].**

**All the best,**

**ALEX ALFONSO SALAVERRIA**
**PRO PER SE**

**THIS EMAIL COMMUNICATION WILL SERVE AS EVIDENCE TO ALL ENACTED FEDERAL COMPLAINTS IN THE FOLLOWING DIVISIONS: SEATTLE, MIAMI, DALLAS, HOUSTON, LOS ANGELES, EUREKA, ALEXANDRIA, CHARLOTTE, PHOENIX.**

***"Because it all begins again where it ENDS!"*---------ROXETTE**

Sent with Proton Mail secure email.

On Wednesday, February 14th, 2024 at 11:57 AM, Harvey, Mark <Mark.Harvey@calbar.ca.gov> wrote:

> M. Salaverria,
>
> Please find attached our letters regarding the above referenced complaints, which were returned to our office by the United States Postal Service. Please provide your current/correct mailing address for any future communication.
>
> Thank you,
>
> Mark R. Harvey
>
> Trial Counsel, Office of Chief Trial Counsel
>
> The State Bar of California | 845 S. Figueroa St. | Los Angeles, CA 90017
>
> 213.765.1082 | Mark.Harvey@calbar.ca.gov
>
>
> OUR VALUES | Clarity • Investing in Our People • Excellence • Respect • Growth Mindset

*Working to protect the public in support of the mission of the State Bar of California.*

*Please consider the environment before printing this email.*

LinkedIn | Twitter | Facebook | Instagram

This message may contain confidential information that may also be privileged. Unless you are the intended recipient or are authorized to receive information for the intended recipient, you may not use, copy, or disclose the message in whole or in part. If you have received this message in error, please advise the sender by reply e-mail and delete all copies of the message. Thank you.

**FOR THE RECORD: [SALAVERRIA vs. CALIFORNIA STATE ET. AL CASE No. 3:24-cv-00011-L-BT [TXND-DALLAS DIVISION]**

# Re: CALIFORNIA BAR COMPLAINT VICKY WHITNEY/ NIKLAS AKERS/ CALIFORNIA DEPARTMENT OF JUSTICE:LETTER LOS ANGELES POLICE DEPARTMENT / CHIEF MICHAEL MOORE/ CAPTAIN AARON PONCE/ PRE BRIEF CASE No. 5CIR 22-30804 [SALAVERRIA vs. CALIFORNIA STATE ET. AL]

| | |
|---|---|
| From | salaverria.vrs.california.3@proton.me <salaverria.vrs.california.3@proton.me> |
| To | CRU<CRU@calbar.ca.gov>, salaverria.vrs.california.3@proton.me, USACAC.CV-CivilRights@usdoj.gov, pro_se@ca5.uscourts.gov |
| CC | lawenforcement@apple.com, ahillt@rree.gob.sv, clerk.cps@lacity.org, cidhoea@oas.org |
| Date | Wednesday, November 29th, 2023 at 4:32 PM |



**PASSPORT [SV] A704099137<<ALEX<ALFONSO<SALAVERRIA<CASTANEDA<<<<**

issued at RREE Los Angeles, USA 09.16.2021 was taken by LOS ANGELES SHERIFFS DEPARTMENT [NORWALK] on November 2, 2022 at 14357 LANNING DRIVE WHITTIER, CA 90604: REF>>KRISTIN>ZETTERBERG>>LASD NORWALK>>

<u>NOTE: PLAINTIFF ALEX ALFONSO SALAVERRIA hereby STATES</u>: **This identification must have never been presented <u>after this date (11.02.2022)</u> as it has not been in the possession of the above mentioned in any affairs or for identification purposes:**

FOR THE RECORD: If any files are missing from the iCloud account(s): goldenacesusallc@icloud.com/ asalaverriac@me.com/ alexs_vrs_california@icloud.com APPLE INC. shall be FULLY RESPONSIBLE for the loss of FEDERAL COURT related documents.

---

**UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT**

---

**ALEX ALFONSO SALAVERRIA
      [PLAINTIFF]**

**      VRS.            CASE No. 5CIR 22-30804**

**CALIFORNIA STATE ET. AL
      [DEFENDANTS]**

---

Sent with [Proton Mail](#) secure email.

On Wednesday, November 29th, 2023 at 1:23 PM, Alex Alfonso Salaverria <salaverria.vrs.california.3@proton.me> wrote:

FOR THE RECORD:

**UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT**

---

**ALEX ALFONSO SALAVERRIA
      [PLAINTIFF]**

**      VRS.            CASE No. 5CIR 22-30804**

**CALIFORNIA STATE ET. AL**
    **[DEFENDANTS]**

_____

**OFFICE OF CHIEF TRIAL COUNSEL**
**Andrew J. Vasicek**
**Supervising Attorney**
**845 S. Figueroa Street,**
**Los Angeles, CA 90017**


**RE: Case Number: 23-O-25224; 23-O-25225**
**Respondent: Vickie Whitney; Nicklas Akers**

**Mr. Varsicek,**

**I recently received a letter from you through electronic communication, and to which I respond and address the issues that will have to and _must be further investigated_ as this relates to numerous issues that continue to be unanswered per the _associated corruption_ in both the LOS ANGELES SHERIFFS DEPARTMENT and the LOS ANGELES POLICE DEPARTMENT.**

**When two attorneys working for the government of the State of California Department of Justice violate their "oath of allegiance" to protect the Constitution of the United States of America; and this concerns to "all employees" of the government, this must be taken seriously. In consequence after a diligent investigation; if it is concluded they have failed to protect for what "they are hired to do" they must be terminated, suspended, or even jailed if such violation(s) carry criminal actions.**

**As I say: _"It doesn't take much ROCKET SCIENCE to understand"_...**

**As of this date November 30, 2023, more than $500,000.00 USD of PRIVATE PROPERTY continues to be missing, not to mention all of these matters have been copied to Attorney Vicky Whitney at the CALIFORNIA DEPARTMENT OF JUSTICE. In others that relate CASE No. 2CIR 22-1190, Attorney Niklas Akers was copied accordingly. These are two of the top tier attorneys that represent the Government of California, not to mention are under the umbrella of the UNITED STATES DEPARTMENT OF JUSTICE in Washington DC.**

**So if suddenly, PROPERTY is destroyed "mysteriously" as stating it was abandoned by Detective Kristin Zetterberg/ LOS ANGELES SHERIFFS DEPARTMENT [NORWALK], suddenly this doesn't make any sense since a FULL DISCLOSURE request was made in fact in February 2023. This was copied to**

numerous other people, so to say that "no one" knew about this is ABSOLUTE BULL SHIT.  You have
been copied these letters for "further investigation".

If the CALIFORNIA BAR does not take any action, then we take these matters to the AMERICAN BAR.
Furthermore as a COUNTER LAW SUIT in place against CALIFORNIA STATE ET. AL, CALIFORNIA BAR
will be included per failure to do what is required by the RULE OF LAW.

Thank you for your attention to this very delicate matter.

Respectfully,

**ALEX ALFONSO SALAVERRIA**
**PRO PER SE**
**CASE No. 5CIR 22-30804**
**BRIEF COMPLETION 11/ 28/ 2023: FOR THE RECORD**


Sent with Proton Mail secure email.

------- Forwarded Message -------
From: 22.2617.H.4CAUSA/ ASC.SV <22.2617.H.4CAUSA@proton.me>
Date: On Wednesday, November 29th, 2023 at 12:43 PM
Subject: LETTER LOS ANGELES POLICE DEPARTMENT / CHIEF MICHAEL MOORE/ CAPTAIN AARON
PONCE/ PRE BRIEF CASE No. 5CIR 22-30804 [SALAVERRIA vs. CALIFORNIA STATE ET. AL]
To: salaverria.vrs.california.3@proton.me <salaverria.vrs.california.3@proton.me>



Sent with Proton Mail secure email.

------- Forwarded Message -------
From: 22.2617.H.4CAUSA/ ASC.SV <22.2617.H.4CAUSA@proton.me>
Date: On Thursday, February 16th, 2023 at 12:35 PM
Subject: LETTER LOS ANGELES POLICE DEPARTMENT / CHIEF MICHAEL MOORE/ CAPTAIN AARON
PONCE/ PRE BRIEF CASE No. 5CIR 22-30804 [SALAVERRIA vs. CALIFORNIA STATE ET. AL]
To: clerk.cps@lacity.org <clerk.cps@lacity.org>, vickie.Whitney@doj.ca.gov
<vickie.Whitney@doj.ca.gov>, pro_se@ca5.uscourts.gov <pro_se@ca5.uscourts.gov>,
mayor.helpdesk@lacity.org <mayor.helpdesk@lacity.org>
CC: cidhoea@oas.org <cidhoea@oas.org>, cidhdenuncias@oas.org <cidhdenuncias@oas.org>

**CHIEF**
**MICHAEL MOORE**
**CAPTAIN AARON PONCE [LAPD OLYMPIC STATION]**
**200 N. SPRING STREET., SUITE 1900**
**LOS ANGELES, CA 90012**

**ATTENTION:**
**CITY OF LOS ANGELES CLERK**
**LOS ANGELES CITY ATTORNEY**
***FORMER CITY ATTORNEY MICHAEL FEUER***
**HYDEE FELDSTEIN SOTO**
**CITY HALL [LOS ANGELES]**

FOR THE RECORD:

## PRE BRIEF CASE No. 5CIR 22-30804
## [SALAVERRIA vs. CALIFORNIA STATE ET. AL]

_____

Sent with Proton Mail secure email.

------- Forwarded Message -------
From: 22.2617.H.4CAUSA/ ASC.SV <22.2617.H.4CAUSA@proton.me>
Date: On Monday, February 13th, 2023 at 2:42 PM
Subject: LETTER LOS ANGELES SHERIFFS DEPARTMENT [NORWALK]/ CAPTAIN CHRIS JOHNSSON/ PRE BRIEF CASE No. 5CIR 22-30804 [SALAVERRIA vs. CALIFORNIA STATE ET. AL]
To: discoveryunitprarequests@lasd.org <discoveryunitprarequests@lasd.org>

**FULL DISCLOSURE REQUEST**

Sent with Proton Mail secure email.

From: 22.2617.H.4CAUSA/ ASC.SV <22.2617.H.4CAUSA@proton.me>
Date: On Monday, February 13th, 2023 at 2:25 PM
Subject: LETTER LOS ANGELES SHERIFFS DEPARTMENT [NORWALK]/ CAPTAIN CHRIS JOHNSON/ PRE BRIEF CASE No. 5CIR 22-30804 [SALAVERRIA vs. CALIFORNIA STATE ET. AL]
To: discoveryunitprarequests@lasd.org <discoveryunitprarequests@lasd.org>,
pro_se@ca5.uscourts.gov <pro_se@ca5.uscourts.gov>

**LETTER LOS ANGELES SHERIFFS DEPARTMENT [NORWALK]/
CAPTAIN CHRIS JOHNSON/ PRE BRIEF CASE No. 5CIR 22-30804
[SALAVERRIA vs. CALIFORNIA STATE ET. AL]**


Sent with Proton Mail secure email.


------- Forwarded Message -------
From: 22.2617.H.4CAUSA/ ASC.SV <22.2617.H.4CAUSA@proton.me>
Date: On Sunday, February 12th, 2023 at 5:58 PM
Subject: LETTER LOS ANGELES SHERIFFS DEPARTMENT [NORWALK]/ CAPTAIN CHRIS
JOHNSON/ PRE BRIEF CASE No. 5CIR 22-30804 [SALAVERRIA vs. CALIFORNIA STATE ET.
AL]
To: discoveryunitprarequest@lasd.org <discoveryunitprarequest@lasd.org>
CC: vickie.Whitney@doj.ca.gov <vickie.Whitney@doj.ca.gov>, cidhdenuncias@oas.org
<cidhdenuncias@oas.org>, cidhoea@oas.org <cidhoea@oas.org>, clerk.cps@lacity.org
<clerk.cps@lacity.org>, cparker@ccllp.law <cparker@ccllp.law>

> **CAPTAIN
> CHRIS JOHNSON
> LOS ANGELES SHERIFFS DEPARTMENT [NORWALK]
> 12335 CIVIC CENTER DRIVE
> NORWALK, CA 90605**

**EMAIL COMMUNICATION SENT TO SIB [SHERIFF INFORMATION BUREAU]
FORWARD TO CAPTAIN CHRIS JOHNSON
LASD NORWALK 02.12.2023 5:57 PM PST**


Sent with Proton Mail secure email.


From: 22.2617.H.4CAUSA/ ASC.SV <22.2617.H.4CAUSA@proton.me>
Date: On Sunday, February 12th, 2023 at 5:36 PM
Subject: LETTER LOS ANGELES SHERIFFS DEPARTMENT [NORWALK]/ CAPTAIN CHRIS
JOHNSON/ PRE BRIEF CASE No. 5CIR 22-30804 [SALAVERRIA vs. CALIFORNIA STATE ET.
AL]
To: vickie.Whitney@doj.ca.gov <vickie.Whitney@doj.ca.gov>, Benjamin.torrance@usdoj.gov
<Benjamin.torrance@usdoj.gov>, pro_se@ca5.uscourts.gov <pro_se@ca5.uscourts.gov>
CC: 22.2617.H.4CAUSA@proton.me <22.2617.H.4CAUSA@proton.me>

---

# PRE- BRIEF CASE No. 5CIR 22-30804
# [SALAVERRIA vs. CALIFORNIA STATE ET. AL]

**DEFENDANT[S] LOS ANGELES SHERIFFS DEPARTMENT [NORWALK]**
**ALL DEPUTY OFFICERS INVOLVED [09.07.21/ 09.12.21] [11.03.22]**
***FORMER CAPTAIN JAMES TRATEATU\****

_____

**CAPTAIN**
**CHRIS JOHNSON**
**LOS ANGELES SHERIFFS DEPARTMENT [NORWALK]**
**12335 CIVIC CENTER DRIVE**
**NORWALK, CA 90605**

## FOR THE RECORD:

## PRE-BRIEF UNITED STATES FIFTH CIRCUIT COURT OF APPEALS

## CASE No. 5CIR 22-30804
## [SALAVERRIA vs. CALIFORNIA STATE ET. AL]

## CONFIDENTIALITY DISCLOSURE: *The content of this email is confidential and intended for the recipient specified in message only. It is strictly forbidden to share any part of this message with any third party, without a written consent of the sender. This message is meant for a FEDERAL COURT and those deemed as DEFENSE ATTORNEYS on record and copied to additional parties as specified in the documents attached in this electronic communication.*

Sent with Proton Mail secure email.

---

**2.09 MB**   1 file attached   1 embedded image

CALIFORNIA BAR COMPLAINT VICKY WHITNEY: NICKLAS AKERS: CALIFORNIA BAR.pdf 128.74 KB



Sent with [Proton Mail](#) secure email.

---

**8.04 MB**    10 files attached    1 embedded image

SALAVERRIA vs. MICHAEL MOORE: LAPD-CACD-LOS ANGELES.pdf 223.88 KB

CIVIL COVER SHEET [SALAVERRIA vs. MICHAEL MOORE LAPD-CACD-LOS ANGELES].pdf 152.63 KB

ca-penal-code-502.pdf 72.03 KB    ILLEGAL TOWING [CA-8TWE829].pdf 79.58 KB

BRIEF COMPLETION LETTER HYDEE FELDSTEIN SOTO LOS ANGELES CITY ATTTORNEY FINAL BR...23.pdf 188.03 KB

DIGNITY HEALTH FEDERAL COMPLAINT NOTIFICATION.pdf 62.98 KB

LOS ANGELES POLICE DEPARTMENT [PRE-BRIEF] CASE No. 22-30804.pdf 78.97 KB

LETTER VICKIE P. WHITNEY CALIFORNIA DEPARTMENT OF JUSTICE.pdf 56.01 KB

BRN3C2AF45CD98B_000009.pdf 4.34 MB    IFP [SALAVERRIA vs. MICHAEL MOORE].pdf 104.62 KB

**SECOND EVIDENCE SEQUENCE [SALAVERRIA vs. HYDEE FELDSTEINN SOTO [INDIVIUAL BASIS] FOR THE RECORD: [SALAVERRIA vs. CALIFORNIA STATE ET. AL CASE No. 3:24-cv-00011-L-BT]**